UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 22-cv-05664-AB<br>2:19-bk-12504-BB | Date: November 16, 2023 |

Title: *In re: Edward J. Herzstock*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER TO SHOW CAUSE REGARDING BANKRUPTCY APPEAL AND TO REFILE APPLICATION FOR ELECTRONIC FILING

The Court received Appellant's letter dated October 2, 2023, and entered October 16, 2023. Dkt. 24. The Court reminds all parties of Local Rule 83-2.5 which discourages parties from writing letters to the Court. Nevertheless, having read the Appellant's letter, the Court understands that the Appellant believes his registration for electronic filing is current but states that he received the latest Order via mail. The Court has reviewed the docket, and it does not appear that the Court is in receipt of any application for electronic filing. If Appellant wishes to register for electronic filing, he may re-file his application pursuant to the instructions given on June 15, 2023. Dkt. 20.

Furthermore, this Court issued an Order to Show Cause Regarding Bankruptcy Appeal on September 12, 2023. Dkt. 23. That Order instructed the

| CV-90 (12/02) | CIVIL MINUTES – GENERAL | Initials of Deputy Clerk CB |
|---|---|---|

1

Appellant to file the missing required documentation and fees, along with a declaration of good cause for the delay, by September 26, 2023. Appellant's recent letter stated that he was working on these issues, and that he expected to be completed by October 15, 2023. As of the date of this Order, the Appellant has missed both the Court's September deadline, as well as Appellant's self-selected October deadline. Considering Appellant's *pro se* status and any potential confusion regarding electronic filing, the Court will extend the deadline to cure the deficiencies to **November 30, 2023. Failure to cure the deficiencies by this date will result in a dismissal of this matter.**

   **IT IS SO ORDERED**.

CC: BK Court