JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Edward J. Herzstock | Case No. CV 22-05664-AB <br><br> ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION <br><br> (PURSUANT TO LOCAL RULE 41) |

On November 16, 2023, the court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by November 30, 2023. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated: January 4, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.